STATE OF NEW JERSEY v. BRIAN PAXTON.

September 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL M. PACHECO.

September 20, 1983.

Petition for certification denied.

BERNARD LEVINE v. WISS & CO.

September 20, 1983.

Petition for certification granted. (See 190 *N.J.Super.* 335)

COLUMBIA SAVINGS & LOAN ASSOCIATION, ETC. v. ARTISTS
AND PROFESSIONALS MANAGEMENT.

September 20, 1983.

Petition for certification granted.